## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| HELEN R. ESTEBAN, as Executrix of the Estate of EDNA P. CRAWFORD, | * * * * | |
| Plaintiff, | * * | Case No. 3:08-CV-00138-JTC |
| vs. | * * | |
| REGIONS BANK, | * * | |
| Defendant and Third-Party Plaintiff, | * * * | |
| vs. | * * | |
| ROBERT LEE CRAWFORD, VANESSA CRAWFORD, and CAROL CRAWFORD, | * * * * | |
| Third-Party Defendants. | * | |

### THIRD-PARTY DEFENDANTS' ANSWER AND DEFENSES TO REGIONS BANK'S THIRD-PARTY COMPLAINT

COMES NOW ROBERT LEE CRAWFORD, VANESSA CRAWFORD, and CAROL CRAWFORD, Defendants in the above-styled case, and by and through their attorney file this their Answer and Defenses to Defendant Regions Bank's Third-Party Complaint and shows this Honorable Court as follows:

## DEFENSES

**-1-**

Regions' Third-Party Complaint fails to state a claim upon which relief can be granted.

## ANSWER TO THIRD-PARTY COMPLAINT

Subject to the foregoing Defenses, Crawford Defendants respond to Regions' allegations as follows:

**-1-**

In response to Paragraph 1 of Regions' Third-Party Complaint, Crawford Defendants deny that they are or would be liable to Regions for any damages, but admit the remaining allegations set forth in Paragraph 1.

**-2-**

Crawford Defendants admit the allegations set forth in Paragraph 2 of Regions' Third-Party Complaint.

**-3-**

Crawford Defendants admit the allegations set forth in Paragraph 3 of Regions' Third-Party Complaint.

**-4-**

Crawford Defendants admit the allegations set forth in Paragraph 4 of Regions' Third-Party Complaint.

**-5-**

Crawford Defendants admit the allegations set forth in Paragraph 5 of Regions' Third-Party Complaint.

**-6-**

Crawford Defendants admit the allegations set forth in Paragraph 6 of Regions' Third-Party Complaint.

**-7-**

Crawford Defendants admit the allegations set forth in Paragraph 7 of Regions' Third-Party Complaint.

**-8-**

In response to Paragraph 8 of Regions' Third-Party Complaint, Crawford Defendants admit that Plaintiff/Estate makes such allegations in its Complaint, but Crawford Defendants deny the substantive allegations contained therein.

**-9-**

Crawford Defendants admit the allegations set forth in Paragraph 9 of Regions' Third-Party Complaint.

**-10-**

Crawford Defendants deny the allegations set forth in Paragraph 10 of Regions' Third-Party Complaint.

**-11-**

Crawford Defendants deny the allegations set forth in Paragraph 11 of Regions' Third-Party Complaint.

**-12-**

Crawford Defendants deny the allegations set forth in Paragraph 12 of Regions' Third-Party Complaint.

**-13-**

Crawford Defendants deny the allegations set forth in Paragraph 13 of Regions' Third-Party Complaint.

**-14-**

Crawford Defendants deny the allegations set forth in Paragraph 14 of Regions' Third-Party Complaint.

**-15-**

In response to Paragraph 15 of Regions' Third-Party Complaint, Crawford Defendants admit that Regions denies liability to the Estate for any

damages, but Crawford Defendants deny any substantive allegations against them for misappropriating funds.

## COUNT ONE
## Indemnity and Contribution

-16-

Crawford Defendants restate and incorporate their responses set forth in Paragraphs 1 through 15 as if fully set forth herein.

-17-

Crawford Defendants deny the allegations set forth in Paragraph 17 of Regions' Third-Party Complaint.

## COUNT TWO
## Breach of Warranty of Entitlement to Enforcement

-18-

Crawford Defendants restate and incorporate their responses set forth in Paragraphs 1 through 17 as if fully set forth herein.

-19-

Crawford Defendants deny the allegations set forth in Paragraph 19 of Regions' Third-Party Complaint.

**-20-**

Crawford Defendants deny the allegations set forth in Paragraph 20 of Regions' Third-Party Complaint.

## COUNT THREE

### Breach of Warranty of Authorized Signature

**-21-**

Crawford Defendants restate and incorporate their responses set forth in Paragraphs 1 through 20 as if fully set forth herein.

**-22-**

Crawford Defendants deny the allegations set forth in Paragraph 22 of Regions' Third-Party Complaint.

**-23-**

Crawford Defendants deny the allegations set forth in Paragraph 23 of Regions' Third-Party Complaint.

**-24-**

All other allegations set forth in Regions' Third-Party Complaint not herein admitted, denied, or otherwise responded to are hereby denied.

WHEREFORE, Crawford Defendants pray that Regions' Third-Party Complaint be dismissed in its entirety, that they be awarded their litigation costs and expenses, including attorney's fees, and that they be granted such other and further relief as is just and proper under the circumstances.

This the 10th day of April, 2009.

/S/ Justin B. Grubbs
Georgia Bar No. 314404
Attorney for Crawford Defendants
Grubbs Law Firm, LLC
P.O. Box 39
612 West Solomon Street
Griffin, Georgia 30224
Telephone: (770) 228-2289
Facsimile: (770) 228-5166
Email: grubbslawfirm@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Answer and Defenses to Regions Bank's Third-Party Complaint by depositing a copy of same in the United States mail in a properly addressed envelope with sufficient postage affixed thereon to ensure delivery as follows:

Howard P. Wallace
P.O. Box 217
Griffin, Georgia 30224

Keith R. Blackwell
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303

This the 10th day of April, 2009.

/S/ Justin B. Grubbs
Georgia Bar No. 314404
Attorney for Crawford Defendants
Grubbs Law Firm, LLC
P.O. Box 39
612 West Solomon Street
Griffin, Georgia 30224
Telephone: (770) 228-2289
Facsimile: (770) 228-5166
Email: grubbslawfirm@yahoo.com